**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| JUANA CURRY and WILLIAM MOORE, ) <br> individually and on behalf of a class ) <br> of similarly situated individuals, ) <br> ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> AVMED, INC., d/b/a AvMed, ) <br> a Florida Corporation, ) <br> ) <br> Defendant. ) <br> _____) | Civil No. 1:10-cv-24513-JLK <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that plaintiffs Juana Curry and William Moore, individually and on behalf of a class of similarly situated individuals, in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from an Order Granting Defendant's Motion to Dismiss the Second Amended Complaint, entered in this action on the 12th day of July, 2011.

August 9, 2011
                                     /s/ Steven W. Teppler
                                     Attorney for Plaintiffs

                                     Jay Edelson (Admitted *Pro Hac Vice*)
                                     William C. Gray (Admitted *Pro Hac Vice*)
                                     Ari J. Scharg (Admitted *Pro Hac Vice*)
                                     Steven W. Teppler
                                     Florida Bar No. 14787
                                     Edelson McGuire, LLC
                                     350 North LaSalle Street, Suite 1300
                                     Chicago, Illinois 60654
                                     Tel.: (312) 589-6470
                                     Fax: (312) 589-6378
                                     jedelson@edelson.com
                                     bgray@edelson.com
                                     ascharg@edelson.com
                                     steppler@edelson.com
                                     *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Steven Teppler, an attorney, certify that on August 9, 2011, a copy of the above *Notice of Appeal* was served upon all counsel of record via the Court's CM/ECF system.

/s/ Steven Teppler