UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-24513-CIV-KING

JUANA CURRY and WILLIAM MOORE,
individually and on behalf of a class of
similarly situated individuals,

    Plaintiffs,

v.

AVMED, INC., d/b/a AVMED,
a Florida corporation,

    Defendant.
_____/

## ORDER DENYING MOTION TO STRIKE CLASS ALLEGATIONS

**THIS MATTER** comes before the Court upon Defendant's Motion to Strike Class Allegations (DE #52), filed October 23, 2012.[1] Therein, Defendant argues that Plaintiffs' claims are not appropriate for class treatment because, inter alia, the proposed class members lack typicality and some have not suffered a cognizable injury for the purpose of establishing standing. However, although Plaintiffs make class allegations in the Second Amended Complaint (DE #31), Plaintiffs have neither moved for class certification nor conducted any discovery by which they could propound evidence to support the class allegations. Thus, the Court, being briefed on the matter,[2] finds Defendant's motion to be premature

---

[1] Defendant styles the motion as a Renewed Motion to Strike Class Allegations, having filed an earlier Motion to Strike Class Allegations on June 30, 2011. (DE #38). That motion was denied as moot when the Court granted Defendant's Motion to Dismiss Second Amended Complaint on July 12, 2011. (DE #39). The Order of the Court was affirmed in part and reversed in part by the Eleventh Circuit, and the case is now back on remand. The instant motion, however, is simply a new motion.

[2] Plaintiffs filed their Response (DE #57) on November 9, 2012.

1

Allegations (**DE #52**) be, and is hereby, **DENIED without prejudice**. Defendant may object to the class certification when, and if, Plaintiff moves for it.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 15th day of November, 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

**Cc: All Counsel of Record**