IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JUANA CURRY and WILLIAM MOORE,
individually and on behalf of a class of similarly
situated individuals,

    Plaintiffs,                                  CASE NO.: 1:10-cv-24513-JLK

v.

AVMED, INC., d/b/a AVMED, a Florida
Corporation,

    Defendant.
_____/

## ORDER SETTING DEADLINE FOR FILING SETTLEMENT AGREEMENT

**THIS CAUSE** came before the Court on the Parties' Joint Notice of Settlement. Being otherwise fully advised, it is thereupon,

**ORDERED and ADJUDGED** that this action is STAYED for a period of 45 days, commencing on the date of entry of this Order, to allow the Parties to memorialize the proposed terms of settlement in a comprehensive written Settlement Agreement and related documents.

The Parties are required to file the Settlement Agreement and a motion for preliminary approval no later than 45 days from the date set forth below.

**DONE and ORDERED** in Chambers in Miami, Florida, on this 4 day of Sepr, 2013.

                                                   _____
                                                   JAMES LAWRENCE KING
                                                   UNITED STATES DISTRICT JUDGE
                                                   SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:  All Counsel of Record