## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### Case No. 10-cv-24513-JLK

| | |
|---|---|
| JUANA CURRY and WILLIAM MOORE, individually and on behalf of a class of similarly situated individuals,<br><br>      Plaintiffs,<br><br>          v.<br><br>AVMED, INC., d/b/a/ AvMed, a Florida Corporation,<br><br>      Defendant. | Hon. James Lawrence King |

### DECLARATION OF C. MATTHEW CURTIN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1.      I am over the age of 18 and am fully competent to make this declaration. This declaration is based upon my personal knowledge, except where expressly noted elsewise.

2.      I am the president of Interhack Corporation ("Interhack") and leader of its forensic computing practice. Interhack is a privately-held computer expert firm with practice areas in forensic computing and information assurance. A true and accurate representation of my academic appointments, publications, and other relevant background are available in my curriculum vitae, attached as Appendix A. I am supported by Interhack staff working under my direction.

3.      I reserve the right to make additional declarations in this matter as more data become available.

4.      Interhack was retained to assess the cost of encrypting and protecting storage

1

media in computers for an enterprise.

5.      It is my understanding, based upon my review of the Class Action Complaint, that Plaintiffs Juana Curry and William Moore have alleged that Defendant AvMed, Inc. failed to encrypt their electronically stored personal information in accordance with the Health Insurance Portability and Accountability Act, 45 C.F.R. § 164.302, et seq. ("HIPAA"), and other industry standards. Specifically, the Plaintiffs allege that Defendant (i) failed to ensure the confidentiality and integrity of electronic protected health information it created, receives, maintains, and transmits in violation of 45 C.F.R. § 164.306(a)(1), (ii) failed to implement technical policies and procedures for electronic information systems that maintain electronic protected health information to allow access only to those persons or software programs that have been granted access rights in violation of 45 C.F.R. § 164.312(a)(1), (iii) failed to protect against any reasonably anticipated threats or hazards to the security or integrity of electronic protected health information in violation of 45 C.F.R. § 164.306(a)(2), (iv) failed to protect against reasonably anticipated uses or disclosures of electronic protected health information that are not permitted under the privacy rules regarding individually identifiable health information in violation of 45 C.F.R. § 164.306(a)(3), and (v) failed to design, implement, and enforce policies and procedures establishing physical and administrative safeguards to reasonably safeguard protected health information, in compliance with 45 C.F.R. § 164.530(c).

6.      I understand that following the December 2009 data breach, Defendant took steps to bring itself into compliance with the regulations identified above.

7.      The HIPAA Security Rule requiring covered entities to implement encryption protections became effective on April 21, 2003, and required compliance by April 21, 2005.

8.      In my opinion, based on my experience and understanding of industry standard

2

encryption and protection protocols and pricing, including the cost of procuring, implementing, and supporting disk encryption for 800 laptop computers with common commercial products,[1] AvMed could have reasonably expended between approximately $1,000,000 and $3,400,000 during the period between 2003 and 2010 to comply with HIPAA's encryption requirements.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 23, 2013 at Columbus, Ohio.

_____
C. Matthew Curtin

---

[1]     I have consulted, among other things, list pricing from Symantec, (*see* http://www.symantec.com/drive-encryption/pricing (last visited October 22, 2013), pricing for McAfee Full Disk Encryption from CDW, *see* http://www.cdw.com/shop/products/McAfee-Full-Disk-Encryption-license/1459057.aspx (last visited October 22, 2013), and a Ponemon Institute survey of total cost of ownership for full disk encryption from July 2012.

**INTERHACK**

Interhack
5 E Long St 9th Fl
Columbus, OH 43215

VOX +1 614 545 HACK
FAX +1 614 545 0076
WEB http://web.interhack.com/

# C. Matthew Curtin

## Summary of Expertise

### Computer Science in Adjudication

Active as a forensic computer scientist since early 2000. Experience includes routine electronic discovery, litigation consulting, and work as an expert witness in civil, criminal, and administrative actions. Frequently deliver CLE and CJE credit seminars to attorneys and judges on the use of electronic information in adjudication.

### Information Security

Consultant to complex information security projects involving incident response, regulatory compliance, and analysis of security program and control effectiveness. Responsible for design and implementation of early Internet and Web security systems.

### Operating Systems

Extensive experience in systems implementation, drawing upon theory and practice of operating systems. Applications include customization to optimize function, user experience, security, and performance. Experience teaching operating systems implementation at the university level.

### Programming Languages

Broad experience in many languages including Lisp, Perl, Java, C, various languages for UNIX systems, data processing, text markup, and more. Regular university appointment in use of programming languages.

### Protocols

Expert in many widely-used Internet protocols, including development of systems using a variety of networking protocols, and participation in standards-setting workgroups.

## Experience

**Interhack Corporation**  Founder, CEO                                                    1997–Present
Founded and built firm from self-funded research group to
for-profit consulting firm with practice areas in information
assurance and forensic computing. Some highlights include:

- Analysis of Data Loss Incidents                                          *Research*
  Coäuthored original research showing how data loss
  incidents take place broadly and per industry.

- High-Profile Incident Response and Security Assessment        *Consulting*
  Led external assessment teams for a data loss incident
  at the Ohio Administrative Knowledge System (OAKS), a
  large-scale ERP system for the entire State government.

- Enterprise Data Encryption                                            *Consulting*
  Provided technical expertise to multibillion-dollar re-
  tailer developing cryptographic controls for the protec-
  tion of cardholder and other sensitive information.

- Sony "Rootkit" Digital Rights Management              *Litigation Consulting*
  Served as technical consultant to plaintiff's counsel in
  civil proceedings over the 2005 DRM released on Sony
  Music CDs.

- Pharmatrak Privacy Litigation                                  *Expert Testimony*
  Assessed Web traffic analysis system for civil privacy
  litigation and provided opinion used by the U.S. Court
  of Appeals for the First Circuit to establish precedent
  on the application of Federal wiretap statutes to Web
  technology.

**The Ohio State University, Department of Computer Science and Engineering**      1998–Present

- Sr. Lecturer                                                        2013–Present
  Teach the CSE 4254 semester-long course "Programming
  in Lisp," giving students with experience programming
  an understanding of the Common Lisp programming
  language.

- Lecturer                                                             1999–2012
  Taught the CSE 459.31 course "Programming in Lisp,"
  intended to give students a basic understanding and
  familiarity with the Common Lisp programming lan-
  guage.
  Taught the CIS 662 course "Operating Systems Labo-
  ratory," a course on the design and implementation of
  operating systems, where students build their own op-
  erating systems code. For graduate students and majors
  focusing in operating systems.

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

- Senior Systems Developer/Engineer 1998–2000
  Lead department software development efforts, maintain open source software, and provide technical assistance throughout the department in systems, software, and documentation. Instituted department software development process. Provide technical and career mentoring to other staff members.
- Original Faculty Advisor of student groups Buckeye Privacy Coalition and Open Source Club.

**Megasoft Online** Chief Scientist 1996–1998

Provided technical leadership to Megasoft's development, engineering, and Information Systems groups in areas ranging from system and network security to design, implementation, and management of distributed software.

Led research efforts that improved the *Web Transporter* product's scalability, reliability, and security. Developed new cryptographic protocol to allow HTTP caches to work normally without sacrificing the security of encrypted links. Also designed and led the implementation of the LDAP directory interface for *Web Transporter*.

**Fahlgren Inc.** Chief Hacker 1996

Acted as technical resource for Interactive Design Group and Information Systems. Worked with Web site design group, providing expertise in Web site design, and technical issues related to site management and engineering. Also responsible for design and implementation of Fahlgren's Internet firewall.

**AT&T Bell Laboratories** Contractor 1995–1996

Worked with the Internet gateway group responsible for providing Internet connectivity to AT&T throughout the entire world, providing expertise in the areas of security, large scale system administration, and Internet software development. Led efforts to redesign and implement the third generation of the AT&T firewall and automate the handling of work for att.com postmaster functions. Consulted to other business units in need of such expertise.

Largely responsible for the security of some of the most busy sites on the Web, including AT&T, Disney, and others.

**Transamerica Real Estate Tax Service** Ohio Division Data Processing Supervisor 1993–1995

Responsible for oversight of entire Ohio Division data processing operation, including management of DP and data

entry staff. Also served as a technical resource and systems
software developer for the corporate internal software devel-
opment group.

## Books and Chapters for Books

- *Brute Force: Cracking the Data Encryption Standard* (Copernicus Books, 2005)

  Discussion of first public brute force crack of a message
  encrypted with the (then) U.S. Government standard for
  data encryption, DES, a 1997 project led by Rocke Verser,
  Matt Curtin, and Justin Dolske.

- *Developing Trust: Online Privacy and Security* (Apress, 2001)

  Discussion of privacy as an aspect of data security, case
  studies, and guidance for application developers to build
  systems that are more trustworthy, protecting privacy by
  design instead of only by policy.

- *The CPA's Guide to Information Security* (For AICPA by Kent Information Services, 1998)

  Authored a chapter on secure networking and contributed
  technical material for a chapter on cryptography.

- *UNIX Unleashed, Internet Edition* (SAMS, 1997)

  Authored chapters 17 and 19 in part, covering development
  of secure Web-based software using the Common Gateway
  Interface and the Perl programming language.

## Refereed Papers and Formal Conference Work

- *Standardizing Breach Incident Reporting: Introduction of a Key for Hierarchical Classification*

  Work-in-Progress paper in *Proceedings of the Systematic Ap-
  proaches to Digital Forensic Engineering*, 2010. Coäuthored
  with Lee T. Ayres and Thomas A. Ng.

- *Using Science to Combat Data Loss: Analyzing Breaches by Type and Industry*

  In *I/S: A Journal of Law and Policy for the Information Society*,
  Volume 4, Issue 3, Winter 2008–09. Presentation of taxonomy
  to classify data loss incidents and study identifying the
  relationships between data loss types and industries.

- INFOSEC Forum VII General Chair, May 2005

  Leading effort to present the seventh central Ohio INFOSEC
  Forum, with specific focus on developing more rigorous
  program content and broadening draw to state-wide.

- INFOSEC Forum VI General Chair, November 2004

  Leading effort to present the sixth central Ohio INFOSEC Forum, with specific focus on developing more rigorous program content and broadening draw to state-wide.

- PrivacyCon 2003 Program Committee

  Member of program committee for The Ohio State University Technology Policy Group (TPG) conference on privacy issues.

- LISA 2001 Program Committee (Reader)

  Participated in review, commentary, and publication recommendation process for USENIX Large Installation System Administration conference (2001).

- *Pelendur: Steward of the Sysadmin*

  In the Proceedings of LISA 2000. Overview of the design and implementation of the system for managing user accounts and department workflow developed at Ohio State's CIS department starting in 1998.

- *Shibboleth: Private Mailing List Manager*

  In the Proceedings of the 9th USENIX Security Symposium. Description of a system for managing private and secure mailing lists in insecure environments.

## Expert Testimony

- *State of Ohio v. Matthew Fielding*, Court of Common Pleas, Franklin County, Ohio, Case No. 12 CR 2800                                        2012–13

  I examined computer data on behalf of the defendant, provided a written report, and testified at trial.

- *State of Ohio v. James F. Morrison*, Court of Common Pleas, Delaware County, Ohio, Case No. 11CR-I-06-0302                                        2010–12

  I examined computer data on behalf of the defendant, and provided an affidavit and testimony at the sentencing hearing.

- *Edward Haines, and Nyeta Haines, his wife v. Ann S. Mercer, M.D., Ann Shukri Mercer, M.D., P.A.*, State of New Mexico, County of Dona Ana, Third Judicial District, Case No. CV-2010-2273   2012–Present

  For plaintiffs' counsel I have presented options to the Court for analysis of an electronic medical record.

- *Coast to Coast Health Care Services, Inc. v. Dawn Meyerhoffer and David G. Lovell, M.D. and Critical Access Solutions, Inc. and Daybreak Village, LLC and Tapestry Hospice, LLC*, United States District Court for the Southern District of Ohio Eastern Division, Case No. 10-cv-00734            2012–Present
  For plaintiff's counsel I analyzed computer data and submit-ted a report of my findings.

- *State of Ohio v. Stephen P. Harris*, State of Ohio, Warren County Common Pleas Court Criminal Division, Case No. 11CF27938            2011–12
  For defense counsel I analyzed data and presented a report.

- *United States of America v. Matthew Howard Saffel*, United States District Court for the Southern District of Ohio, Eastern Division, Case No. 2:10-cr-00238            2010–11
  For defense counsel I assessed data and provided an affi-davit entered at the sentencing hearing.

- *State of Ohio v. Christopher J. Renkes*, Court of Common Pleas, Delaware County, Ohio, 10CR-I-04-0235            2011
  I examined computer data on behalf of the defendant, pro-vided a report, and appeared at trial.

- *State Farm Fire & Casualty Company v. Joseph Martin Radcliff, Coastal Property Management LLC, a/k/a CPM Construction of Indiana, Jacob Charles Piper, Reginald Rex Thoman, Eric M. Dieckman, Matthew P. Seaver, Ryan M. Murphy, and Michael Henderson*, State of Indiana, Hamilton County In the Hamilton Superior Court No. 1            2011
  On behalf of the plaintiff, I analyzed electronic data from a mobile device and provided an expert report. I have been deposed in the matter.

- *Peoples Bank, National Association v. Robert Daniel Coffill, Jr.*, Court of Common Pleas, Fairfield County, Ohio            2010
  On behalf of the plaintiff, I analyzed electronic information and provided an affidavit regarding key findings.

- *The Estate of John Hiotis, by and through Maria Hiotis v. 2600 Highlands Boulevard, North, LLC A/K/A 2600 Highlands Boulevard, North, LLC D/B/A/ Bay Tree Rehabilitation and Nursing Center; Florida Holdings III, LLC; Florida Administrative Services, LLC; Harborside Healthcare Corporation; Harborside Aadministrative Services, LLC; Sharon Harris; Samuel Politz; Alan Cooper A/K/A Alan Peter Cooper; Dennis Deshong; Daniel Frenden A/K/A Daniel L. Frended; Myra Marcum A/K/A Myra Joyce Marcum (as to Bay Tree Rehabilitation & Nursing Center)*, Circuit Court of the Sixth Judicial Circuit in and for Pinellas County (Florida), Case No. 08-2042-CI; Division 8            2010–11
  On behalf of defense counsel, I reviewed discovery documents, discussed data management practices with staff, and submitted an affidavit.

- *John W. Ferron v. MetaReward, Inc., et al.*, United States District Court for the Southern District of Ohio, Eastern Division, Civil Action Nos. 2:09-cv-430, 2:09-cv-440, 2:09-cv-512, 2:09-cv-513, 2:09-cv-520            2009–10

For defense counsel I consulted on ESI and computer technology. I submitted an affidavit for the Court.

- *Robert Schmidt v. AT&T, Inc. and SBC Internet Services, Inc. d/b/a AT&T Internet Services, Inc.*, Court of Common Pleas, Cuyahoga County, Ohio, Case No. CV 2009 6887885                    2010

  This action is pending. For intervenors' counsel I submitted an affidavit as to my work in the matter of *Ford, Dunne, Bell, and Klorer v. SBC Communications Inc. and SBC Internet Services, Inc. d/b/a AT&T Internet Services, Inc.*, described below.

- *In re Mark A. Williams*, Ohio Department of Education Administrative Procedure                    2009

  For respondent's counsel I assessed computer data presented as evidence by complainant, presented a report, and testified at a hearing.

- *Gail Ford, Carrie A. Dunne, John E. Bell, and Patricia A. Klorer v. SBC Communications Inc. and SBC Internet Services, Inc. d/b/a AT&T Internet Services, Inc.*, Circuit Court of St. Louis County (Missouri) Cause No. 06CC-003325, Division No. 6                    2008–Present

  This action is pending. For plaintiff's counsel I assessed computer data connected to the billing and delivery of broadband Digital Subscriber Line service. I have submitted an affidavit in the matter.

- *New York Stock Exchange Specialists Litigation*, U.S. District Court, Southern District of New York, 405 F. Supp. 2d 281                    2007–Present

  This action is pending. On behalf of plaintiff's counsel, I led the team that developed software to analyze New York Stock Exchange trading data to identify trades according to specifications of market experts. To date I have submitted two expert reports and have been deposed.

- *The Estate of Elizabeth Kiricenkov, by and through Rita K. Browning and George J. Kiricenkov, Co-Executors de son Tort v. Seminole Properties; Freedom Square Developments; American Retirement Corporation; A.R.C. Management Corporation; ARC Management, LLC; Robert G. Roskamp; Frank Herold; (as to Freedom Square Nursing Center)*, Circuit Court of the Sixth Judicial Circuit in and for Pinellas County (Florida), Case No. 05-008209-CI, Division 011.                    2009

  On behalf of defense counsel, I reviewed discovery documents and submitted an affidavit.

- *Doe v. Doe* (Confidential)                    2007–09

  For plaintiff's counsel, I performed an analysis of Web sites and computer data for evidence of the mishandling of information. I submitted a report, was deposed, and testified at a pre-trial hearing. Case dismissed in favor of plaintiff.

- *Estate of Marjorie C. Belcamino, by and through Bank of America, N.A. as personal representative v. Labarc, L.P., et al. (As to Homewood Residence at Freedom Plaza)*, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County (Florida), Case No. 06-CA-009706, Division A.        2009

  On behalf of defense counsel, I reviewed discovery documents and submitted an affidavit.

- *United States v. Thomas Ballato*, U.S. District Court, Southern Ohio, 3:06CR192        2008

  For defense counsel I assessed evidence brought by the government and submitted an expert report.

- *John W. Ferron v. Search Cactus, LLC, et al.*, United States District Court for the Southern District of Ohio, Eastern Division, Civil Action No. 2:06-cv-327        2008

  For defense counsel I consulted on ESI and computer technology. I submitted two declarations for the Court.

- *Jesse Land, II, Paula Land and the Land Companies of Kentucky, LLC v. Farmers State Bank and Harvey Hensley, Owsley Circuit Court [Kentucky], Civil Action No. 05-CI-216*        2008

  For defense counsel, I led analysis of computer data for consistency with proffered testimony of parties to the litigation. I submitted two expert reports.

- *Chornyak & Associates Ltd. v. Richard D. Nadler, Everhart Financial Group, Inc. and R. Scott Everhart*, Franklin County [Ohio] Court of Common Pleas, 05 CV 011942        2005–08

  Submitted reports on forensic analysis of a computer system to determine recent activity, conducted electronic discovery of defendants' systems, reported findings in writing, and provided testimony at trial.

- *City of Cuyahoga Falls v. Jamil T. Kazoun*, Cuyahoga Falls [Ohio] Municipal Court, 2007CRB00200  2007

  Performed analysis of computer data and testified at trial regarding findings.

- *Justin Bunnell, et al. v. Motion Picture Association of America*        2007

  Performed computer system analysis and submitted an expert report on behalf of the Bunnell parties and was consequently deposed. Technical issues at hand involved the analysis of email systems and networking.

- *State of Ohio v. Justin Blaney*        2006

  Analyzed state's evidence around the issue of electronic contraband on behalf of the defendant. That analysis included examination of digital photograph data and operating system data. I provided an expert report and in-court testimony in a pre-trial hearing on the admissibility of certain digital evidence.

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

- *Frank E. Bellamy, Sr. v. Robert G. Montgomery, et al*                                2005

  Led the forensic analysis of computer system and rendered opinion regarding the system's rôle in the creation of a printed message. The analysis included reconstruction of data intentionally "wiped" to destroy evidence.

- *Pharmatrak Privacy Litigation*, United States Court of Appeals, First Circuit. 329 F.3d 9        2001–03

  Led electronic discovery and forensic data analysis for plaintiff's counsel of Pharmatrak's systems to determine whether and how personal information was intercepted by a third party. Opinion used by the Court to establish precedent on the application of the Electronic Communications Privacy Act (ECPA) to Web technology.

- *RIAA v. MP3Board.com*                                                                2001

  Provided a technical expert report on behalf of MP3Board.com, an Internet search engine in its defense against the Recording Industry Association of America and was cross-examined by RIAA counsel.

- *Avenue A Privacy Litigation*                                                         2001

  Performed technical analysis of Avenue A electronic advertising systems and provided an expert report on behalf of plaintiff in this early online privacy litigation.

## Presentations

**Data Breach: Staying Out of the Headlines**  Breakfast Club, Fisher College of Business at The Ohio State University, February 5, 2010.                          Columbus, Ohio

Presented results of five-year study of reported data breaches and discussed implications for business leaders and information security practitioners.

**Compliance in Privacy and Data Security: How to Avoid Liability** Columbus Bar Association, December 14, 2009.          Columbus, Ohio

Copresented CLE seminar with Benita Kahn, Esq. on the intersection of law and technology of information security and privacy.

**Using Science to Combat Data Loss**  Information Security Compliance and Risk Management Institute, University of Washington, September 16, 2009.          Seattle, Washington

Presented recent research using statistical analysis of breach data at seminar entitled "The Changing Environment of

Information Security: Dealing with New Technologies, New Threats, and New Laws."

**The New Age Toolset** CIO Solutions Gallery, Fisher College of Business, The Ohio State University, August 12, 2009

Columbus, Ohio

Part of program "Security Summit: Challenges to Our Future State of Readiness," discussing the rôle of scientific analysis of data in the management of corporate information technology.

**The State of Data Loss** IT Leadership Academy Value Studio 16, Florida State College at Jacksonville, August 6, 2009

Jacksonville, Florida

Part of program "The State of . . . : Where Are We Today, and Where Are We Going?" Discussed how and where data loss events occur, and how to prioritize defensive resources.

**Incident Handling: Sensitive Data Breach** Columbus CIO Forum, July 23, 2009

Columbus, Ohio

Part of panel discussion on information security for area chief information officers.

**Hands-On Incident Response Testing** RSA Conference, April 21, 2009

San Francisco, California

Presented work with Keith Fricke of the Cleveland Clinic Health System on preparing security incident response teams using drills.

**Using Science to Battle Data Loss** Multiple presentations of state breach notification laws and analysis of subsequently-available breach data.

American Bar Association Information Security Committee Meeting, July 29, 2009

Chicago, Illinois

RSA Conference, April 23, 2009

San Francisco, California

**Computer Science Education: Industry View** Franklin University, April 17, 2009

Columbus, Ohio

Part of panel discussion on the state of computer science education, its value and relevance to future careers in computer science and information technology.

**Implications of Litigation in Virtualization** CIO Solutions Gallery, April 1, 2009

Columbus, Ohio

Discussed issues arising from litigation on a panel discussion on virtualization of computing infrastructure. Part of program "Advancing Your Competitiveness in a Recessive Economy."

**Uses and Limits of Forensic Data Analysis**  Ohio Investigators Association, March 25, 2009

Columbus, Ohio

Led discussion of applications of forensic analysis of computer data, including case studies in criminal and civil matters.

**Discovery Beyond Documents**  Defense Research Institute Medical Liability and Health Care Seminar, March 12, 2009

Lake Buena Vista, Florida

Presented a case study of computer database analysis in wrongful death litigation and methods to prepare for litigation involving electronic information.

**Asking the Right Questions: Forensic Analysis of Data**  Alternatively entitled, "How to Make BlackBerry Data Hearsay." Multiple presentations of recent research work on forensic analysis of mobile phones, with a focus on BlackBerry devices.

Central Ohio InfraGard Members Alliance, January 28, 2009

Columbus, Ohio

Cleveland InfraGard Members Alliance, December 12, 2008

**The Next Twenty-Five Years: Applications of Computer Science**  Franklin University TechConnect, January 26, 2009

Cleveland, Ohio

Columbus, Ohio

Addressed the widely-held belief that information technology is changing so rapidly as to make technical education models obsolete.

**Using Information to Focus Resources**  "When, Why, and How to use Computer Experts." Columbus Bar Association, December 9, 2008 and December 9, 2009.

Columbus, Ohio

CLE program on the use of computer experts in litigation.

**E-Discovery and the Issues Related to Storage of Information**  Delaware CIO Forum, December 5, 2008

Delaware, Ohio

Presented case studies on how electronically stored information (ESI) has come into scope of public records requests and litigation.

**Electronic Evidence in Criminal Defense**  Columbus Bar Association, November 20, 2008

Columbus, Ohio

Discussed issues of data analysis unique to criminal defense attorneys, including critical analysis of law enforcement reports, and the use of experts for rebuttal or to prepare for cross-examination.

**Electronic Discovery—Cleveland Clinic's Mock Exercise (Panel)**  Cisco Systems Cleveland CSO Roundtable, November 18, 2008

Richfield, Ohio

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

Discussed three years' of incident response drills at the Cleveland Clinic Health System to prepare for security incidents and litigation events. Copresented with CCHS Chief Information Security Officer Mark Dill and CCHS East Data Security Administrator Keith Fricke.

**When to Hire a Computer Expert Witness** Columbus Bar Association, November 14, 2008

> CLE presentation on finding, retaining, and effectively using computer expert witnesses in litigation.

Columbus, Ohio

**Hands-On Incident Response Testing** Contingency Planners of Ohio Annual Conference, September 30, 2008

> Presented work with Keith Fricke of the Cleveland Clinic Health System on preparing security incident response teams using drills.

Lewis Center, Ohio

**Expert Witness Appearance (Mock Trial)** ASTAR 2008 National Judge's Science School (JSS), Advanced Forensic Technologies, September 25, 2008

> Acted as an expert witness discussing computer technology and findings from analysis of computer data relating to a computer intrusion in a mock trial.

Columbus, Ohio

**Building a Successful Organization** Capital Square Rotary Club, July 15, 2008

> Discussed observations from experience in developing organizations that succeed in advancing their objectives and growing beyond the individual capabilities of the founders.

Columbus, Ohio

**Hands-On Incident Response Testing** Ohio Regional Information Security Conference, March 18, 2008

> Copresented incident response drills with Keith Fricke of the Cleveland Clinic Health System.

Dayton, Ohio

**A Taxonomy of Recent Data Losses** Central Ohio ISSA, February 20, 2008

> Copresented data loss incident research colleague Lee Ayres to a local group of information security practitioners.

Columbus, Ohio

**Tech101: Electrons Are the New Paper** Revised edition of earlier lectures on use of electronic information in adjudication.

> **July 14, 2008** CLE presentation for Dayton Bar Association

Dayton, Ohio

> **July 5, 2008** CJE presentation for Wisconsin Appellate Court Specialty Seminar

Pewaukee, Wisconsin

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

**May 28, 2008** CLE presentation for Lake County (Ohio) Bar Association

*Painesville, Ohio*

**April 24, 2008** CLE presentation for Columbus (Ohio) Bar Association, marketed as "Paper As Obsolete: What Every Lawyer Should Know about Information Technology and E-Discovery"

*Columbus, Ohio*

**January 16, 2008** One-hour CLE presentation for Warren County (Ohio) Bar Association

*Lebanon, Ohio*

**November 28, 2007** Three-hour CLE presentation for Columbus (Ohio) Bar Association

*Columbus, Ohio*

**Confessions of a Plaintiff's Expert** Toledo InfraGard Members Alliance, December 7, 2007

*Toledo, Ohio*

**Identity Management, Fraud, and Forensics in the 21st Century** CIOhio 2007, November 15, 2007

*Columbus, Ohio*

Discussed forensic computer analysis and its rôle in addressing misappropriation of intellectual property.

**Evolution of Backup Technology** 3X Seminar, November 13, 2007

*Columbus, Ohio*

Keynote presentation for 3X product launch, showing history of data backup and disaster recovery technology, challenges facing today's IT managers, and solutions for the future.

**Intrusion Detection and Prevention Technology and Strategy** CIO Circle, November 7, 2007

*Cincinnati, Ohio*

Discussion of evolution of technology for intrusion detection and prevention systems (IDPS), its relationship with other security technologies, and limits of IDPS.

**Beyond Tabletop: Hands-on Incident Response Training** Information Security Summit, November 2, 2007

*Independence, Ohio*

Presentation on security incident response drills as training exercises at the Cleveland Clinic Health System, with Keith Fricke of CCHS East Region.

**The Rôle of Security in Clinical Informatics** Keynote presentation for the Central and Southern Ohio Chapter of HIMSS, November 2, 2007

*Columbus, Ohio*

Discussed how information security in clinical information systems supports good patient care.

**Handling Electronic Information** Ohio State Bar Association Midwest Labor Law Conference, October 26, 2007

*Columbus, Ohio*

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

Panel discussion with Susan Hastings from Squire, Sanders, and Dempsey LLP and Pam Krivda of the Krivda Law Offices.

**Consultant Residue**  Third Annual Information Assurance Forum at the University of Findlay, October 24, 2007

Findlay, Ohio

Case study discussing the impact of data being brought into an ERP installation by a consultant from a previous ERP installation in the consultant's practice.

**The Cost of Misappropriation**  Third Annual Information Assurance Forum at the University of Findlay, October 24, 2007

Findlay, Ohio

Case study involving the analysis of systems to identify information from employees' former employers and elimination of the data.

**Why Information Assurance?**  Max M. Fisher College of Business at the Ohio State University, October 11, 2007

Columbus, Ohio

Lecture for visiting Chinese IT Executives on how an information assurance program supports enterprise risk management.

**TechTalk: Breach Notification**  Central Ohio chapter of ISSA and TechColumbus, July 26, 2007

Columbus, Ohio

Discussion on data breach notification trends, strategies, and technologies.

**Computer Technology in Adjudication**  Advanced Science and Technology Adjudication Resources (ASTAR) Conference, June 29, 2007

Columbus, Ohio

Lecture for regional judges' conference. Discussed electronic data storage and related issues for judges from eleven states.

**Tech101: How Computers and Data Work**  Ohio State Bar Association (OSBA) Annual Convention, May 18, 2007

Cincinnati, Ohio

Discussion of the use of computers and electronic data in civil litigation in the context of new Federal Rules for Civil Procedure on electronic discovery.

**Addressing the Needs of Technology Education**  itWORKS.OHIO Annual Conference, organized by the Ohio Department of Education, April 19, 2007

Columbus, Ohio

Part of panel discussion regarding technology jobs of the future and how the education system can prepare students for them.

**Forensic Computing: The Intersection of Law and Technology**
Center of Science and Industry (COSI), March 26, 2007; October 30, 2007.

Columbus, Ohio

Discussion of forensic computing for high school students across the country, delivered over the Internet with H.323 link from Columbus.

**Careers in Forensic Computing**  Columbus State Community College, November 17, 2006

Columbus, Ohio

Demonstration and lecture on computer science in a legal context for statewide conference for girls in grades 7–10 with an interest in careers in science and technology.

**Careers in Cryptography**  Edison Community College, October 6, 2006; November 16, 2007

Piqua, Ohio

Demonstration and lecture on cryptography and its applications for pilot of statewide conference for girls in grades 7–10 with an interest in careers in science and technology.

**Careers in Forensic Computing**  Edison Community College, October 6, 2006; November 16, 2007

Piqua, Ohio

Demonstration and lecture on computer science in a legal context for pilot of statewide conference for girls in grades 7–10 with an interest in careers in science and technology.

**Cryptographic Protection of Data Warehouses**  Web presentation for NCR Teradata customers, August 3, 2006

Columbus, Ohio

Discussion of the protection of Enterprise Data Warehouse systems with cryptography.

**Electrons are the New Paper**  Keynote Lecture, ASTAR Conference, May 19, 2006

Columbus, Ohio

Keynote lecture for the Ohio judges' Advanced Science and Technology Adjudication Resources (ASTAR) conference on computer science and related technology.

**Computer Forensics: A Case Study of Data Analysis in a Criminal Trial**
ASTAR Conference, May 19, 2006

Columbus, Ohio

Discussion of work in recent criminal defense as a case study for data analysis gone awry by investigators and overzealous prosecutors for the Ohio judges' Advanced Science and Technology Adjudication Resources (ASTAR) conference on computer science and related technology.

**How the Internet and Cyberspace Works**  Presentation on fundamentals of Internet architecture and critical issues for

analysis of data in legal proceedings. Presented to a variety of audiences.

**May 18, 2006** ASTAR (Advanced Science and Technology Adjudication Resources) Conference,  *Columbus, Ohio*

**May 17, 2006** INFOSEC Forum VIII, Central Ohio ISSA  *Columbus, Ohio*

**April 25, 2006** itWORKS.OHIO Information Technology Educators Conference  *Columbus, Ohio*

**April 21, 2006** Colorado Bar Association  *Denver, Colorado*

**March 27, 2006** Greater Dayton IT Alliance Legal IT Peer Group  *Dayton, Ohio*

**March 14, 2006** Greater Dayton IT Alliance D-RISC  *Dayton, Ohio*

**Implications of Digital Rights Management** The Privacy Foundation at the Sturm College of Law at the University of Denver,  February 10, 2006  *Denver, Colorado*

Discussion of Digital Rights Management systems including the XCP ("rootkit") system shipped on some Sony CDs in 2005.

**Identity Theft** Central Ohio ISSA, January 18, 2006  *Columbus, Ohio*

Panel discussion including other members of the Central Ohio ISSA on identity theft and related fraud, presented by TechColumbus and Platform Lab in Columbus.

**Cryptographic Key Management** Cedarville University Guest Lecture, September 8, 2005  *Columbus, Ohio*

Guest lecture for course on models for key management, including both centralized Public Key Infrastructure (PKI) and the decentralized PGP "web of trust" model.

**Tales of a Forensic Computist** Central Ohio InfraGard Members Alliance, August 2, 2005  *Columbus, Ohio*

Presentation giving personal experience on becoming a litigation consultant and expert witness as well as some recent casework.

**Compliance in the Courtroom** Security And Technology Online (SATO) Web conference, April 28, 2005  *Columbus, Ohio*

Part of panel discussing the intersection of law and technology. Specifically discussed the Pharmatrak Privacy Litigation and how the court used and interpreted data.

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

**Observing hidden surveillance structures**  Computers, Freedom and Privacy (CFP 2005) conference, April 14, 2005

Seattle, Washington

Panel discussion themed "Panopticon." Discussed Web architecture and the side-effects of relevant protocols, database designs, and practices that affect the privacy of unsuspecting users.

**Thinking About the Box**  Keynote talk for itWORKS.OHIO conference, April 5, 2005

Columbus, Ohio

Keynote for teachers of technology programs in secondary and vocational schools throughout the state of Ohio. Discussed requirements for an educational system that prepared students for successful careers in technology.

**The Fall of the Data Encryption Standard**  Greater Dayton IT Alliance, March 15, 2005

Dayton, Ohio

Discussion of the DESCHALL Project that broke a message encrypted with the Data Encryption Standard for the first time in 1997 and its impact on cryptographic policy in the United States.

**The Business Case for Security**  Eastern Ohio Health Information Management Association, February 26, 2005

Independence, Ohio

Discussed how to balance business objectives and risks in light of the HIPAA Security Rule.

**Electronic Discovery**  Columbus Bar Association Technology Committee, January 19, 2005

Columbus, Ohio

Discussion of electronic evidence and e-discovery issues.

**HIPAA Security: Making HIM Work**  Ohio Health Information Management Association (OHIMA) fall Seminar, November 12, 2004

Columbus, Ohio

Discussion of how the HIPAA Security Rule affects health information management (HIM), along with strategies for achieving compliance.

**Wireless Security**  Information Assurance Forum at the University of Findlay, October 28, 2004

Findlay, Ohio

Technical discussion of the IEEE 802.11 wireless networking standards and securing information in wireless networks.

**The Rise and Fall of the Data Encryption Standard**  Information Assurance Forum at the University of Findlay, October 28, 2004

Findlay, Ohio

Presentation on the history of standardized encryption, exhaustive key-search attacks in general, and the ultimate

defeat of the U.S. Government standard for data encryption, DES.

**Intrusion Detection Technology**  Security And Technology Online (SATO) Web Conference, October 28, 2004

Findlay, Ohio

Considered strategies and tactics for identification and management of security events.

**Privacy in a Digital World**  Privacy Foundation at the Sturm College of Law at the University of Denver October 22, 2004

Denver, Colorado

Discussion of how electronic infrastructures affect individual privacy.

**Strengthening Anti-Spam Defenses with Message Authentication**  eWEEK's Anti-Spam eSeminar, September 20, 2004

Columbus, Ohio

Focused on the use of authentication mechanisms in present and possible future Internet email architectures.

**Spying on Spyware**  Central Ohio ISSA, July 21, 2004

Columbus, Ohio

Presentation on identifying and managing spyware: dissecting how it works, motivations behind its creation, and discussion of my work in *In re Pharmatrak Privacy Litigation* and how that has affected the legal standing of spyware.

**Security is Economics!**  Security Work Group of the Infrastructure & Interoperability Subcommittee of the Supreme Court of Ohio Advisory Committee on Technology and the Courts, July 20, 2004

Columbus, Ohio

A high-level introduction to information security for the first meeting of the work group.

**Cyber & IT Workshop: Beyond Firewalls**  "Protect Your Network from Intrusion," Security & Technology Online (SATO) Security Leadership Council, June 30, 2004

Columbus, Ohio

Panel discussion arguing for rational and strategic management of risks to information systems.

**Privacy & Data Governance Technology Landscape**  International Association of Privacy Professionals, Privacy Futures Conference, June 10, 2004

San Francisco, California

Panel discussion on technology to enforce privacy policy and regulatory compliance.

**Planning to Fail: Continuing to Get It Wrong**  Keynote lecture for Security Week at The Ohio State University, April 26, 2004

Columbus, Ohio

Argued that the present focus on treating security as a tactical matter is doomed to fail.

**Forensic Computing Process and Applications** Guest Lecture, University of Findlay, April 14, 2004

Findlay, Ohio

Discussion with information assurance class at the University of Findlay, covering investigative procedure, working with attorneys, handling digital evidence, and case studies.

**The Business Case for Security** Columbus Board of Realtors' Tech User Forum, March 23, 2004

Columbus, Ohio

Discussed how to balance business objectives and risks, with focus on small business.

**CTC Techtalk** "Identity Management—Strategic Security Lever and 5x ROI?," March 17, 2004

Columbus, Ohio

Panel discussion regarding identity management from IT and information security perspectives.

**HIPAA Security Rule Implementation** Seminar, March 9, 2004

Columbus, Ohio

A full-day seminar presented in coöperation with a practicing attorney with experience in Health Care regulation and administration. A standard-by-standard consideration of the Security Rule, how the technology is to be understood and integrated with policy and procedure.

**From the War Room to the Board Room** "Translating Between Information Security and Risk Management" (Panel Moderator). Central Ohio Chapter of the Information Systems Security Association, November 5, 2003

Columbus, Ohio

Moderated a panel discussion with chief security officers from large regional companies discussing integration of information security into operations and translating risk management objectives into strategy for information security practice.

**Confessions of a Hacker** Association for Computing Machinery Chapter at The Ohio State University, October 7, 2003

Columbus, Ohio

A discussion of computer science, the computing profession, and career development in computing technology. Included personal history and anecdotes for students to understand how to manage their own career growth.

**Introduction to HIPAA Security Rule and Risk Management** Cleveland Clinic Health System, August 7, 2003

Columbus, Ohio

Presentation and Q&A session with Security Teams covering the HIPAA Security Rule's main objectives and general mechanisms for achieving them, followed by a more detailed look at mechanisms for Risk Management in information systems.

**Information Security in Health Care** Children's Hospital, June 25, 2003     Columbus, Ohio

"Brownbag lunch" with HIPAA Security Rule implementors and stakeholders discussing INFOSEC's goals and how security can be built into operational processes.

**Forensic Computing for Computer Professionals** Seminar, June 16–17, 2003     Columbus, Ohio

Development and presentation of a two-day corporate training course in forensic computing. Covered handling of computer forensic investigations, filesystem and network technology. Led the course through a hands-on forensic challenge, extracting evidence from a disk image.

**Communication: The Key to Fraud Prevention** Emerging Trends in Fraud Conference, May 9, 2003.     Columbus, Ohio

Considered the problems in information systems auditing, how fraud examiners, auditors, and information systems experts must establish a common vocabulary and work together to combat fraud successfully.

**Computer and Network Security** InfraGard Panel for Columbus ITEC 2002, October 29–30, 2002     Columbus, Ohio

Discussion of computer security, with particular focus on corporations and what they can do to secure their infrastructures.

**Making the Case for CyberSecurity in Times of Austerity** Second Columbus INFOSEC Forum, October 23, 2002     Columbus, Ohio

Expert panel discussion of computer and network security: how to identify and to quantify its business value.

**Forensic Data Analysis** Northeast Ohio ISACA, October 17, 2002     Brecksville, Ohio

Consideration of the problem of forensic analysis with electronic and computer data.

**Security Vulnerability Assessments** Privacy2002 Conference, September 25, 2002     Cleveland, Ohio

Participated in a "how-to" panel, considering of live penetration tests, how they are performed, what can be expected, and which problems they do not solve.

**Getting to Know You** Privacy2002 Conference, September 25, 2002     Cleveland, Ohio

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

Discussed trends in surveillance technology, upsides and downsides for privacy and security online and offline. Covered surveillance technologies, biometrics, computer profiling, video, and wireless monitoring.

**Requirements for a Secure Infrastructure**  Multiple presentations of a discussion of securing the U.S. information infrastructure against attack and proposal of set of requirements for a workable security plan.

Dayton, Ohio

Columbus, Ohio

Dayton InfraGard, September 18, 2002 Columbus InfraGard, November 25, 2002

**Is Computer Security Possible?** Columbus Computer Society, May 22, 2002

Columbus, Ohio

Discussed the problem of computer security, specifically what computer security is, how privacy and security are related, typical security failures, and what can be done to improve security in computing. Argued that the best end-user defense against attack is awareness and mindset, and a demand for trustworthy systems from vendors.

**Internet Security (An Overview)** Central Ohio Craftsmen Club, April 11, 2002

Columbus, Ohio

Consideration of how technology has altered the printing industry, what business requirements are present in Internet systems, and how the issue of security can be managed proactively.

**Cryptography in Practice**  Central Ohio Chapter of InfraGard, March 11, 2002

Columbus, Ohio

Discussion of cryptography, what it can and cannot do, and how it affects the ability to defend against attack and to perform forensic data analysis.

**Assessing Risk in Information Systems**  Central Ohio Chapter of the Information Systems Security Association, March 6, 2002

Columbus, Ohio

Consideration of information technology, information theory, and risk management theory.

**Getting Security Right**  Keynote Address at First Columbus INFOSEC Forum, February 21, 2002

Columbus, Ohio

Discussed the facets of information security, the requirements of businesses, and how INFOSEC managers can succeed.

**Privacy and Security Gotchas**  Columbus Computer Society's Consulting SIG, January 9, 2002

Columbus, Ohio

Discussion of how side-effects can have unintended conse-
quences when the technology is not fully understood.

**The Relationship Between Privacy and Security**  Privacy By
Design Conference, December 3, 2001

Montréal, Québec, Canada

Discussion of privacy failures in public Web-based ser-
vices, based on research work of Interhack's Internet Privacy
Project.

**Computer System Security**  InfraGard panel at Columbus ITEC
Show, October 30–31, 2001

Columbus, Ohio

Discussion of system security, particularly as it relates to
resistance against widespread attack against the U.S. infras-
tructure.

**Auditing Computers? Are You Serious?**  Central Ohio Chapter
of the Information Systems Audit and Control Association,
October 11, 2001

Columbus, Ohio

Consideration of requirements for system auditing and a
review of current commercial technology's ability to address
those requirements.

**Dodging the Security Bullet**  Workshop at Privacy 2001 Confer-
ence, October 4, 2001

Cleveland, Ohio

Participated in workshop subtitled "Tools to Secure Business
Data in a Competitive Environment," discussing tools and
techniques available to enhance security in information
systems.

**Creating Your Business' Privacy Policy**  Privacy 2001 Conference,
October 3, 2001

Cleveland, Ohio

Participated in workshop addressing the problems in pri-
vacy, how business needs must include consumer privacy,
and how to find the define the right policy for the organiza-
tion.

**CyberCrime in the Workplace**  Panel in the 10th Annual Ohio
Employment Law Conference, May 9, 2001

Columbus, Ohio

Discussion of the rôle of good business process specifica-
tion and system design in managing risk in the workplace,
especially with regard to criminal activity online.

**Internet Security: Are We Ever Going To Get It Right?**  Keynote
presentation at InterLab 2000 Conference,

Los Alamos, New Mexico

Keynote presentation on information security in computing
technology delivered in Los Alamos and broadcast to other
National Laboratories around the United States.

**Banner Advertising Networks**  A detailed discussion of how Web-based banner advertising services work and how they are used to violate the privacy of unsuspecting Web users. Presented for various private clients and organizations at The Ohio State University.

New York, New York

Columbus, Ohio

## *Articles*

**Using Electronic Stored Information** *Columbus Bar Lawyers Quarterly*, Spring 2008

Article for publication of the Columbus (Ohio) Bar Association describing the fundamentals of electronic information.

**Introduction to Forensic Computing** *Control*, May 2006

Feature article for the journal of the Information Systems Audit and Control Association (ISACA) introducing forensic computing through three brief case studies.

**The Road to HIPAA Security Rule Compliance** *Security, Technology & Design*, November 18, 2004

Article written with attorney Peter M. Hazelton introducing information security practitioners to the HIPAA Security Rule.

**Security is a matter of guns and butter** *Healthcare IT News*, November 2004

Published interview by editor Jack Beaudoin, discussing information security strategy and the economics behind effective information security.

**New HIPAA rule requires rugged security framework** *BusinessFirst* (Columbus), October 15, 2004

Article written with attorney Peter M. Hazelton on the Health Insurance Portability and Accountability Act (HIPAA) Security Rule, with focus on building information security programs for regulatory compliance.

**Consumers should demand security when using Internet** *Columbus Dispatch*, January 28, 2002

Discussion of the problem with Internet security and how consumers can improve security.

**Hackers Lovebugs & Saboteurs: Who'll Protect Your Computers?** *Columbus CEO*, Roundtable, November 2000

Published discussion with five other experts, which ran as an article.

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

**Preserving Integrity**  *WebTechniques*, May 2000

> A discussion of secure programming practices, especially as they relate to the Web.

**On Guard**  *WebTechniques* April 2000

> Describing the essentials of Web site security to site builders.

**Electronic Snake Oil**  *;login:*, April 1999

> How non-cryptographers on identifying likely bad cryptography products.

**A Brute-Force Search of DES Key Space**  *;login:*, May 1998

> Described the technical workings of the DESCHALL project.

**Write Once, Run Anywhere: Why It Matters**  An essay on the importance and the achievability of the goal of having software work on any type of computer. Featured on Sun's http://java.sun.com/ Web site in January 1998.

**PreText Magazine 'Forum'**  November 1997

> Took part in a forum discussing individual consumer privacy vs. the needs of advertisers and marketers with a number of other experts in privacy, security, and marketing.

## Technical Reports

**Analysis of Compact Disc Digital Rights Management**  Interhack Technical Report. Detailed analysis of various systems intended to prevent duplication of audio CDs, including alteration of disc geometry to take advantage of differences between audio CD players and CD-ROM drives.

**Anatomy of Online Fraud: How Thieves Targeted eBay Users but Got Stopped Instead**  Interhack technical report. Analysis of an online fraud scheme, how Internet technology was used to support the scheme, how the fraud was identified, reported, and halted.

**Spector Professional Review and Commentary**  Interhack technical report. Analysis and discussion of "spyware" product Spector Professional. Discovered and documented hidden backchannel.

**Comments on Guidelines on Securing Public Web Servers**  Interhack technical report. Review and discussion of NIST draft document, *Securing Public Web Servers*. Covers Web security, drawing from such domains as information security, networking, software, and cryptography.

**PCFriendly Enables DVD Backchannels**  Interhack technical report. Analysis of popular Web-enabled DVD titles and privacy implications of "Internet" features, including discovery of surreptitious backchannel and analysis of data uploaded.

**Bank One Online Puts Customer Account Information at Risk**  Interhack technical report. Review and technical analysis of the design and implementation of an online banking application. Consideration of weaknesses, how they could be avoided, and how nonpublic customer information can be better protected.

**A Failure to Communicate: When a Privacy Seal Doesn't Help**  Interhack technical report. How a popular Internet privacy seal proprietor allowed a third party to monitor its site's visitors' activity on its Web site. Widely reported in the US media.

**Getting to Know You (Intimately): Surreptitious Privacy Invasion on the E-Commerce Web**  Interhack technical report. Discussion of the privacy ramifications of a third-party site usage analysis service and describing how four Internet retail sites' use of the system violated their privacy policies. Widely reported in nationwide print, radio, and television media.

**Siralos: Xinu for Unix**  In progress. Description of the design and implementation of a UNIX runtime library that provides XINU-style system interfaces. Used in CIS762 at Ohio State's CIS department.

**DoubleClick Opt Out Protocol Failure == Opt In**  Interhack Technical report. How a failure to follow the HTTP protocol caused a popular Internet advertising service to ignore some "opt out" requests silently.

**Opting In, By Accident**  Interhack technical report. How Netscape Communicator's handling of cookies can cause Web users who have "opted out" of advertising networks to be "opted in" again without their knowledge.

**Why Anti-Virus Software Cannot Stop the Spread of Email Worms**  Interhack technical report. Early consideration of malicious software ("malware"), analysis of the problem, and presentation of a strategy for addressing the risks.

**Creating an Environment for Reusable Software Research: A Case Study in Reusability**  Ohio State University Department of Computer Science and Engineering Technical Report OSU-CISRC-8/99-TR21. How applying the principles of reusable software to develop an environment for software research reaped a large reward.

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

**"What's Related"? Everything But Your Privacy**  Interhack technical report. Exposed serious potential for privacy violation in Netscape's "smart browsing," which received publication in Privacy Forum Digest, RISKS Digest, various Web marketing conferences, and widely through the German-language parts of Europe. Cited in a number of university courses in the US and at the "Cyberspace and Privacy" Symposium at Stanford Law School.

**Firewalls FAQ**  Usenet Periodic Posting. Coäuthored this official Usenet FAQ, archived around the Internet, and republished widely.

**Snake Oil FAQ**  Usenet Periodic Posting. This monthly Usenet posting is widely recognized as the authoritative document on common practices among bogus cryptography products. Republished widely and used in courses at several universities.

## Memberships

- Central Ohio InfraGard Members Alliance, Coördinated by Federal Bureau of Investigation.

- *it*WORKS.OHIO Business Advisory Network, *ad hoc* network to advise the Ohio Department of Education on statewide content standards for information technology education programs.

## Certifications and Licenses

- Certified Information Systems Security Professional (CISSP).

- General Mobile Radio Service (GMRS) , WQOV722.

- Amateur Radio, KD8TTE.

- Community Emergency Response Team (CERT), Franklin County, Ohio Emergency Management Agency & Homeland Security.

## Languages

English (U.S. Native) and Russian (Student).

*Education*

Eastland Career Center, Electronic Data Processing, 1989–91.
Studied data processing, including COBOL, RPG-II, BASIC, OCL,
System/3x operations, accounting, and business.