IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JUANA CURRY, and WILLIAM MOORE<br>individually and on behalf of a class<br>of similarly situated individuals,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>AVMED, INC., d/b/a AvMed,<br>a Florida Corporation,<br><br>　　　　　　　　　　Defendant. | Case No. 10-cv-24513-JLK |

**DEFENDANT AVMED, INC.'S CERTIFICATION OF MAILING NOTICES OF
PROPOSED SETTLEMENT PURSUANT TO 2 8 U.S.C. § 1715(b)**

　　Defendant AvMed, Inc. ("AvMed"), by counsel, hereby certifies to the Court that it has complied with the provisions of 28 U.S.C. § 1715(b), which requires that the defendant, within 10 days after a proposed settlement of a class action, provide notice to the "appropriate State official of each State in which a class member resides and the appropriate Federal official." AvMed provided the information required by Section 1715(b) via certified mail that was sent on October 31 to the relevant State and Federal officials.

　　Attached as Exhibit A to this Certification is the Declaration of Regla Hernandez attesting to the mailing of the notices and providing examples of the notices that were sent.

Dated: November 1, 2013

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**HUNTON & WILLIAMS LLP**
　　　　　　　　　　　　　　　　　　　　1111 Brickell Avenue, Suite 2500
　　　　　　　　　　　　　　　　　　　　Miami, FL  33131
　　　　　　　　　　　　　　　　　　　　Telephone:  (305) 810-2500
　　　　　　　　　　　　　　　　　　　　Facsimile:  (305) 810-2460
　　　　　　　　　　　　　　　　　　　　Email:  jdelionado@hunton.com
　　　　　　　　　　　　　　　　　　　　Email:  plima@hunton.com

　　　　　　　　　　　　　　　　　　　　By:  /s/  Paulo R. Lima

John J. Delionado
Florida Bar No. 499900
Paulo R. Lima
Florida Bar No. 0064364

*Counsel for Defendant AvMed, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a copy of the same to be served electronically on all Plaintiffs' counsel of record listed below:

**PLAINTIFFS' COUNSEL:**

Jay Edelson (*pro hac vice*)
Ari J. Scharg (*pro hac vice*)
Benjamin S. Thomassen (*pro hac vice*)
EDELSON LLC
350 North LaSalle Street
Suite 1300
Chicago, Illinois 60654

Edmund A. Normand
Diego M. Madrigal, III
WOOTEN, KIMBROUGH & NORMAND, P.A.
236 S. Lucerne Circle
Orlando, Florida 32801


    /s/  Paulo R. Lima
For Hunton & Williams LLP