# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 10-cv-24513

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

(1" from top of page, and centered, begin title of Court)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. __10__-CV-__24513_____

(Judge's Last Name/Magistrate's Last Name)

__Curry_____

_____

(Full Name of Plaintiff/s),

    Plaintiff (s)

FILED by __AJS__ D.C.

JAN 2 4 2014

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

vs. __AvMed, Inc.__
__c/o GCG__
__P.O. Box 35107__
__Seattle, WA 98124-5107__

(Full Name of Defendant/s),

    Defendant(s).

_____/

__Class Action Settlement Curry v. AvMed, Inc__

**TITLE OF DOCUMENT**

I, __Barbara J Edwards__ [plaintiff or defendant], in the above styled cause, __Court Authorized Notice of__
__Class Action and Proposed Settlement.__

Case of AV-Med Representative Curry's Laptop was stolen, I, Barbara J. Edwards was a AV-Med member.

This is to include me in the Class Action Settlement.

____JAN 24, 2014____
Dated: Month, day, year

Respectfully submitted,

_____
Name of Filer

_____
Attorney Bar Number *(if applicable)*

_____
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

_____
Street Address

_____
City, State, Zip Code

Telephone: _____

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]* *(if applicable)*

### Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by _____ [specify method of service] on _____[date] on all counsel or parties of record on the Service List below.

_____
Signature of Filer

## SERVICE LIST

BARBARA J. Edwards
Party or Attorney Name

_____
Party or Attorney Name

_____
Attorney E-mail Address *(if applicable)*

_____
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

_____
Firm Name *(if applicable)*

5275 N.W. 29th Ave #304
Street Address

_____
Street Address

Miami, Fl 33142-8835
City, State, Zip Code

_____
City, State, Zip Code

Telephone: 305-528-1561

Telephone: _____

Facsimile: _____

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

_____
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*