UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CIVIL MINUTES

JUANA CURRY, ET AL.

vs.

ADMED, INC.

Case No. 10-24513-CIV-KING

Date  February 28, 2014

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams   COURT REPORTER: Patricia Sanders

TYPE OF PROCEEDING:

Scheduling Conference___          Status Conference___
Pre-Trial Conference  ___         Motion Hearing  _X_

Counsel for Plaintiff: Ari Scharg, Esq.  Ed Normand, Esq.

Counsel for Defendant: Paulo R. Lima, Esq.  John Delionado, Esq.

Motion: **MOTION FOR FINAL APPROVAL OF SETTLEMENT**

Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____

PRE-TRIAL MOTIONS FILED BY: _____

PRE-TRIAL CONFERENCE SET FOR: _____

TRIAL SET FOR: _____

JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/KEY WEST
TRIAL CONTINUED TO: _____

RULE 16 SCHEDULING CONFERENCE CONTINUED TO: _____

- Oral Argument held on Final Approval of Settlement Hearing
- The Court finds that the Settlement is fair and reasonable therefore,
- The Court hereby finds that the motion be and the same is hereby -**Granted**